1  CROSNER LEGAL, PC                                                    JS-6
   ZACHARY M. CROSNER, ESQ. (SBN 272295)
2  zach@crosnerlegal.com
   BRANDON BROUILLETTE (SBN 273156)
3  bbrouillette@crosnerlegal.com
   CHAD SAUNDERS (SBN 257810)
4  chad@crosnerlegal.com
   9440 Santa Monica Blvd. Suite 301
5  Beverly Hills, CA 90210
   Tel: (866) 276-7637
6  Fax: (310) 510-6429

7  *Attorneys for Plaintiff Christopher Williams*

8  JEFFREY S. HORTON THOMAS (SBN 131635)
   jhortonthomas@foxrothschild.com
9  DANIEL V. KITZES (SBN 305928)
   dkitzes@foxrothschild.com
10 RODOLFO MEDA (SBN 346983)
   Rmeda@foxrothschild.com
11 FOX ROTHSCHILD LLP
   Constellation Place
12 10250 Constellation Boulevard, Suite 900
   Los Angeles, California 90067
13 Telephone:    310.598.4150
   Facsimile:     310.556.9828
14
   *Attorneys for Defendant Bluetriton Brands, Inc.*
15

16            **UNITED STATES DISTRICT COURT**

17            **CENTRAL DISTRICT OF CALIFORNIA**

18

19 CHRISTOPHER WILLIAMS, as an individual       Case No. 5:23-cv-02124-CAS-SHKx
   and on behalf of all others similarly situated,
20                                                HONORABLE CHRISTINA A. SNYDER
              Plaintiff,
21                                                **ORDER**
   vs.
22                                                Date:      July 7, 2025
                                                  Time:      11:00 a.m.
23 BLUETRITON BRANDS, INC., a Delaware            Judge:     Hon. Christina A. Snyder
   corporation,
24                                                Complaint Filed:  August 21, 2023
              Defendant.                          Removal Date:  October 16, 2023
25

26 ///

27 ///

28

───────────────────────────────────────────────────────
   [PROPOSED] ORDER ON JOINT STATUS REPORT AND STIPULATION OF DISMISSAL
                  CASE NO. 5:23-CV-02124-CAS-SHK

1  The Court, having reviewed and considered the Parties' Joint Status Report and Stipulation of

2  Dismissal, and all documents on file in the matter, and with good cause finding, **HEREBY ORDERS**

3  **AND ENTERS JUDGMENT AS FOLLOWS**:

4   1. The Court hereby grants the Parties' Joint Stipulation of Dismissal, and the matter of *Williams v.*

5   *Bluetriton Brands, Inc.*, Central District of California Case No. 5:23-cv-02124-CAS-SHKx (Class)

6   is hereby dismissed without prejudice.

7  IT IS SO ORDERED.

8

9  Dated: July 3, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1